# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

January 9, 2013

TO COUNSEL OF RECORD

RE:   *Brown v. Universal Fidelity*  
      Civil No. RDB-12-0396

Dear Counsel:

This will confirm the telephone conference of today pursuant to which counsel agreed that the Motion to Dismiss (ECF#12) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.  The pending Motion for Sanctions (ECF#21) is by agreement of counsel **WITHDRAWN** and is accordingly **DENIED as MOOT**.  Counsel have reached an agreement with respect to any outstanding issues raised by that motion.

The Clerk of the Court is instructed to CLOSE THIS CASE.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett  
United States District Judge

RDB/klf